ALBANY,
Feb. 1828.

Smith
v.
Gregory.

LISHER *against* PIERSON.

Where each party demurs to some pleading of his adversary, the one first demurring ought to make up the demurrer books.

THE defendant pleaded several special pleas, to all which the plaintiff replied. To two of the replications the defendant demurred, and to the others rejoined. The plaintiff joined in demurrer, and demurred to two of the rejoinders, surrejoining to the others. The defendant joined in demurrer.

It was now submitted which party ought to make up the demurrer books.

[*114]

*\*J. A. Spencer*, for the plaintiff.

*S. Beardsley*, for the defendant.

*Curia.* It is quite immaterial which party it falls upon to make up the books; but the practice should be settled. We decide that in this and the like cases, the party first demurring, shall make up the books; which throws the duty, in the present instance, upon the defendant.